Not for Publication

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**HUDSON HOSPITAL OPCO, LLC,** *et. al.*,

Plaintiffs,

v.

**CIGNA HEALTH AND LIFE INSURANCE COMPANY,** *et. al.*,

Defendants.

Civil Action No.: 22-4964 (ES) (JBC)

ORDER

**SALAS, DISTRICT JUDGE**

Plaintiffs Hudson Hospital OPCO, LLC d/b/a CarePoint Health—Christ Hospital; IJKGs, LLC; IJKG PROPCO LLC; and HUMC OPCO LLC d/b/a CarePoint Health—Hoboken University Medical Center, (together, "Plaintiffs") filed this action bringing claims under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 *et seq.*, as well as state law, against Defendants Cigna Health and Life Insurance Co. and Connecticut General Life Insurance Co. (together, "Defendants"). (D.E. No. 21 ("Amended Complaint")). Before the Court is Defendants' motion to dismiss the Amended Complaint. (D.E. No. 25). Having considered the parties' submissions, the Court decides this matter without oral argument. *See* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b). For the reasons set forth in an Opinion to follow,

**IT IS** on this 29 day of September 2023, hereby

**ORDERED** that the motion (D.E. No. 25) is GRANTED; and it is further

**ORDERED** that the Amended Complaint is dismissed *without prejudice*; and it is further

1

Case 2:22-cv-04964-ES-JBC   Document 39   Filed 09/29/23   Page 2 of 2 PageID: 1404

2

**ORDERED** that to the extent Plaintiffs can cure the deficiencies identified in the Court's accompanying Opinion, they may file a second amended complaint; failure to so file within 30 days of entry of this Order shall result in the Amended Complaint being dismissed with prejudice.

*/s/ Esther Salas*
**Esther Salas, U.S.D.J.**
