# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUDSON HOSPITAL OPCO, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | Hon. Esther Salas, U.S.D.J.<br><br>Hon. James B. Clark, III, U.S.M.J.<br><br>Civil Action No. 2:22-cv-04964-ES-JBC<br><br>**STIPULATION AND [ CONSENT ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE SECOND AMENDED COMPLAINT AND DEFENDANTS' DEADLINE TO ANSWER, MOVE, OR OTHERWISE REPLY** |

**THIS MATTER** having been brought before the Court by way of the application of counsel for Plaintiffs, Hudson Hospital OPCO, LLC d/b/a CarePoint Health—Christ Hospital, IJKG, LLC, PROPCO LLC and IJKG OPCO LLC d/b/a CarePoint Health—Bayonne Medical Center, and HUMC OPCO LLC d/b/a CarePoint Health—Hoboken University Medical Center (collectively, "Plaintiffs"), on consent of counsel for Defendants, Cigna Health and Life Insurance Company and Connecticut General Life Insurance Company ("Defendants" or "Cigna"); and Plaintiffs having represented that they intend to file a Second Amended Complaint in response to the Court's Order entered on September 29, 2023 (D.E. No. 39), and Opinion (D.E. No. 40) entered on October 3, 2023, granting Defendants' motion to dismiss the Amended Complaint without prejudice; and the parties having agreed to

an extension of Plaintiffs' deadline to file its Second Amended Complaint, and to an extension of Defendants' deadline to answer, move, or otherwise reply in response to the Second Amended Complaint; and the parties having further agreed to a briefing schedule in the event that Defendants file a motion to dismiss in response to the Second Amended Complaint; and for good cause having been shown;

**IT IS**, on this 30 day of October, 2023, **ORDERED** that:

1. Plaintiffs' deadline to file its Second Amended Complaint is hereby extended to **November 29, 2023**;

2. Defendants shall answer, move, or otherwise reply to the Second Amended Complaint on or before **January 12, 2024;**

3. If Defendants file a Motion to Dismiss, Plaintiffs shall file and serve their opposition to the Motion to Dismiss on or before **February 12, 2024**; and Defendants shall file and serve their reply brief to Plaintiffs' opposition on or before **February 26, 2024**.

**STIPULATED AND AGREED TO BY:**

| **K&L GATES LLP** | **MCDERMOTT WILL & EMERY L** |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| By: /s/  George P. Barbatsuly | By: /s/  Richard W. Nicholson, Jr. |
| George P. Barbatsuly, Esq. | Richard W. Nicholson, Jr. |
| Dated: October 27, 2023 | Dated: October 27, 2023 |

**SO ORDERED:**

_____
The Honorable Esther Salas
United States District Judge